U.S. Bankruptcy Court
Middle District of PA

FILED        Wilkes-Barre, PA.
October 22, 2018
Clerk, U.S. Bankruptcy Court

RECEIVED WILKES-BARRE PA
OCT 22 2018
cb

Chapter 7
Case No.:
5:18-bk-03421-JJT

## Affidavit

Shortly after petition I filed a statement of intention, requesting the stay be extended until the Appeal is completed.

At hearing of 9/20/18 after showing surprise and looking it up in Bankruptcy Code, Court informed me for first time of required filing.

With all due respect, the Court failed to: 1. Respond to request 2. Check that previous case was filed within 1 yr. 3. Issue Notice that filing should be in the "form" of a motion 4. Hold hearing because request performs the same "function" as motion. (Function trumps form) (due diligence)

I am strongly objecting to Motion to lift stay by bank on grounds it does not hold Note. (no legal standing)

I have been acting in good faith which is more than you can say about them <u>knowingly</u> defrauding the system for over 12 yrs.

Respectfully submitted,
James Brolley

X James Brolley 10/17/18

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jaimie Truszkowski, Notary Public
Fairview Twp, Luzerne County
My commission expires May 29, 2021

State of Pennsylvania
County of Luzerne

On this day October, 17, 2018 James Michael Brolley DOB. 05/03/49 appeared before me, Jaimie Truszkowski, Notary Public and signed this document.

Jaimie Truszkowski
Notary Public
Commission Expires 05/29/2021

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jaimie Truszkowski, Notary Public
Fairview Twp, Luzerne County
My commission expires May 29, 2021

James Brolley
150 Laurel Rd
Mountain Top, PA 18707



18701-150099

U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main St.
Wilkes-Barre, Pa. 18701

