```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                            Case No. 18-03421-JJT
James Michael Brolley                                             Chapter 7
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman          Page 1 of 1         Date Rcvd: Oct 24, 2018
                             Form ID: pdf010          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
```
db             +James Michael Brolley,    150 Laurel Road,    Mountaintop, PA 18707-9176
5104508         SHELLPOINT MORTGAGE SERVICING,     P.O. BOX 10826,    GREEVILLE, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee, et al. bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER SEVEN
:
JAMES MICHAEL BROLLEY, : BANKRUPTCY NO.: 5-18-bk-3421-JJT
:
DEBTOR :

## ORDER

**IT IS HEREBY ORDERED** that the Debtor's Motion to Extend the Automatic Stay, (Doc. #30), is granted.

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

Date: October 24, 2018