```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03421-JJT
James Michael Brolley                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: REshelman    Page 1 of 1    Date Rcvd: Nov 14, 2018
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
aty          +Sheils Law Associates, P.C.,   108 North Abington Road,   Clarks Summit, PA 18411-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
          James Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee, et al. bkgroup@kmllawgroup.com
          Jill M. Spott   on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com, psheldon@sheilslaw.com
          Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,   PA41@ecfcbis.com;psheldon@sheilslaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| JAMES M. BROLLEY, | : |
| | : CASE NO. 5:18-03421 |
| Debtor. | : |

## ORDER AUTHORIZING SHEILS LAW ASSOCIATES, P.C. AS ATTORNEY FOR TRUSTEE

UPON CONSIDERATION of the Application of Robert P. Sheils, Jr., Trustee, for authority to employ Sheils Law Associates, P.C. to serve as his attorney in connection with this case, and it appearing that the said firm is comprised of attorneys duly admitted to practice in this Court, and the Court being satisfied that the said firm represents no interest adverse as attorney for the Trustee of the estate of the debtor in the matters upon which it is to be engaged; that its employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, it is

ORDERED that Sheils Law Associates, P.C., be, and hereby is, authorized to serve as attorney for Trustee in this case, as of the date of the application.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated: November 14, 2018  By the Court,

_____
John J. Thomas, Bankruptcy Judge RE