```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03421-JJT
James Michael Brolley                                               Chapter 7
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1          Date Rcvd: Nov 15, 2018
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db              +James Michael Brolley,    150 Laurel Road,    Mountaintop, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee, et al. bkgroup@kmllawgroup.com
              Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,    PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Michael Brolley aka James Brolley aka James M Brolley<br>    Debtor | CHAPTER 7 |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust<br>    Movant<br>vs. | NO. 18-03421 JJT |
| James Michael Brolley aka James Brolley aka James M Brolley<br>    Debtor | 11 U.S.C. Sections 362 |
| Robert P. Sheils, Jr.<br>    Trustee | |

## ORDER

Upon consideration of Movant's Motion for In Rem Relief from the Automatic Stay, it is:

ORDERED THAT: Movant is hereby granted Relief from the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 150 Laurel Drive, Mountain Top, PA 18707 ("Property"), so as to allow Movant, its successors or assignees, to pursue its in rem State Court remedies including, but not limited to, taking any legal action for enforcement of its right to possession of the Property.

Dated: November 14, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge PR