```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03421-JJT
James Michael Brolley                                               Chapter 7
    Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman           Page 1 of 1              Date Rcvd: Nov 19, 2018
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +James Michael Brolley,    150 Laurel Road,    Mountaintop, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee, et al. bkgroup@kmllawgroup.com
              Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James Michael Brolley** | Chapter: | 7 |
| Debtor 1 | Case No.: | 5:18-bk-03421 JJT |
| **Wilmington Trust, National Association not in its individual capacity but solely as trustee for VM Trust Series 3, a Delaware statutory trust** | Document No.: | 44 |
| Movant(s) | | |
| vs. | | |
| **James Michael Brolley aka James Brolley aka James M. Brolley and Robert P. Sheils, Jr., Trustee** | | |
| Respondent(s) | | |

## ORDER VACATING

**IT IS HEREBY ORDERED** that the Order Granting Relief from Stay entered on November 16, 2018, is vacated inasmuch as it was entered in error. A response to the Motion was filed. Hearing to be held as scheduled on November 20, 2018.

Dated: November 19, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)