```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 18-03421-JJT
James Michael Brolley                                           Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman         Page 1 of 1         Date Rcvd: Nov 23, 2018
                             Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2018.
db             +James Michael Brolley,    150 Laurel Road,    Mountaintop, PA 18707-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee, et al. bkgroup@kmllawgroup.com
              Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER SEVEN |
| JAMES MICHAEL BROLLEY, | : | BANKRUPTCY NO.: 5-18-bk-3421-JJT |
| DEBTOR | : | |
| WILMINGTON TRUST, National Association, not in its individual capacity but solely as trustee for VM Trust Series 3, a Delaware statutory trust, | : | {**Nature of Proceeding**: Motion for Relief from the Automatic Stay, (Doc. #37)} |
| MOVANT | : | |
| vs. | : | |
| JAMES MICHALE BROLLEY, and ROBERT P. SHEILS, JR., TRUSTEE, | : | |
| RESPONDENTS | : | |

# ORDER

Pursuant to hearing held on November 20, 2019, with regard to the above-captioned Motion for Relief from the Automatic Stay, (Doc. #37), **IT IS HEREBY**

**ORDERED** that: (1) if the above Movant has possession of the executed Deed for property located at 150 Laurel Drive, Mountain Top, Pennsylvania, they are hereby authorized to record said Deed without violation of the automatic stay; and (2) the Motion for Relief from the Automatic Stay is granted to the extent to allow both parties to prosecute the state court appeal.

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)

Date: November 23, 2018