# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: REshelman | Date Created: 2/22/2019 |
| Case: 5:18–bk–03421–RNO | Form ID: 318 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Robert P. Sheils, Jr (Trustee)     rsheils@sheilslaw.com
aty     James Warmbrodt     jwarmbrodt@kmllawgroup.com
aty     Jill M. Spott     jspottesq@sheilslaw.com

                                                                                                                                                                 TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     James Michael Brolley     150 Laurel Road     Mountaintop, PA 18707
aty     Sheils Law Associates, P.C.     108 North Abington Road     Clarks Summit, PA 18411
5104508     SHELLPOINT MORTGAGE SERVICING     P.O. BOX 10826     GREEVILLE, SC 29603–0826

                                                                                                                                                                 TOTAL: 3