```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03421-RNO
James Michael Brolley                                               Chapter 7
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman           Page 1 of 1           Date Rcvd: Feb 22, 2019
                              Form ID: fnldec           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
db             +James Michael Brolley,   150 Laurel Road,   Mountaintop, PA 18707-9176
aty            +Sheils Law Associates, P.C.,   108 North Abington Road,   Clarks Summit, PA 18411-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee, et al. bkgroup@kmllawgroup.com
              Jill M. Spott   on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Michael Brolley, aka James Brolley, aka James M Brolley, | Chapter 7 |
| **Debtor 1** | Case No. 5:18−bk−03421−RNO |

Social Security No.:
    xxx−xx−5179

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    **Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 22, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)